AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

Clear Form

# UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF CALIFORNIA

e-FILING    ADR

BIG FIX ASIA PTE., LTD.    )
)
)
)
)
          Plaintiff         )
       v.                   )  Civil Action No.
BIG FIX, INC.               )
                            )  C08 04023 HRL
                            )
          Defendant         )

**Summons in a Civil Action**

To: BIGFIX, INC.

*(Defendant's name)*

A lawsuit has been filed against you.

    Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Ardell Johnson, Cal. State Bar No. 95340
KORDA, JOHNSON & WALL, LLP
66 E. Santa Clara St., Suite 250
San Jose, CA 95113
Tel: (408) 494-0700

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

CITA F. ESCOLANO

Date: **AUG 22 2008**

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*